MARK J. SEIFERT (BAR NO. 217054)
ROBERT R. MOORE (BAR NO. 113818)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  mseifert@allenmatkins.com
            rmoore@allenmatkins.com

Attorneys for Defendants
SOUTHEASTERN CONFERENCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. HERMANN, II, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendants. | Case No. 2:16-CV-1042-KJM-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT SOUTHEASTERN CONFERENCE TO RESPOND TO COMPLAINT |

WHEREAS, on June 17, 2016, Plaintiff served the Complaint in this action on Defendant Southeastern Conference ("SEC"); and

WHEREAS, the SEC's deadline to respond to the Complaint in this action, absent an extension, would be July 8, 2016; and

WHEREAS, Plaintiff and the SEC have agreed to extend SEC's deadline to respond to the Complaint in this action to August 19, 2016; and

WHEREAS, the SEC has not previously obtained any other extension to respond to the Complaint in this action; and

WHEREAS, Defendant National Collegiate Athletic Association ("NCAA") has submitted a notice to the Judicial Panel on Multidistrict Litigation ("Panel")

1  seeking the transfer of this action to a court designated by the Panel, and the SEC
2  believes that the Panel is considering that request; and
3         WHEREAS, this action is one of four substantially similar putative class
4  actions filed throughout the country, and counsel for the SEC seeks additional time
5  to evaluate and prepare appropriate responses to the complaints in such putative
6  class actions; and
7         WHEREAS, counsel for the SEC have longstanding vacation plans during the
8  week of July 5, 2016 and on various additional days thereafter in July 2016; and
9         WHEREAS, by filing this stipulation and proposed order in this action, the
10 SEC expressly reserves, and does not waive, all rights and defenses available to it,
11 including, but not limited to, the defense of lack of personal jurisdiction and all
12 other defenses available under Rule 12(b) of the Federal Rules of Civil Procedure;
13        NOW, therefore, Plaintiff and the SEC hereby stipulate as follows:
14        1.     Pursuant to Local Rule 144(a), the SEC's deadline to respond to the
15 Complaint in this action is extended to and including August 19, 2016.

Dated: July 1, 2016             ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP

                                By: */s/ Mark J. Seifert*
                                    MARK J. SEIFERT
                                    Attorneys for Defendant
                                    SOUTHEASTERN CONFERENCE

Dated: July 1, 2016             EDELSON PC

                                By: */s/ Todd Logan* (as authorized on 7/1/16)
                                    TODD LOGAN
                                    Attorneys for PLAINTIFF and
                                    the Putative Class

**IT IS SO ORDERED.**

Dated: July 6, 2016.

                                _____
                                UNITED STATES DISTRICT JUDGE